1
2
3
4
5                        **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**
7
8     MATTHEW E. ORSO,                        Case No. 2:23-cv-01614-APG-NJK
9              Plaintiff(s),                               **Order**
10    v.                                              [Docket No. 13]
11    VICI HINES, et al.,
12             Defendant(s).

13        Pending before the Court is the motion for Nationwide Judgment Recovery to be

14 substituted as Plaintiff in place of Matthew E. Orso.  Docket No. 13.  No response has been filed.

15 Upon a transfer of interest, the Court may allow substitution of parties. Fed. R. Civ. P. 25(c).  Such

16 substitution is appropriate and necessary here to enforce the judgment. *See, e.g.*, *Orso v. Woodard*,

17 2024 WL 2059367, at *2 (D. Nev. May 3, 2024).  Accordingly, the motion to substitute is

18 **GRANTED**.  The Clerk's Office is **INSTRUCTED** to substitute Plaintiff Matthew E. Orso with

19 Nationwide Judgment Recovery, Inc.

20        IT IS SO ORDERED.

21        Dated: June 3, 2024

22                                              _____
                                                Nancy J. Koppe
23                                              United States Magistrate Judge

24
25
26
27
28

                                                1