UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY, INC.,<br><br>    Plaintiff<br><br>v.<br><br>TODD DISNER and VICI HINES,<br><br>    Defendants | Case No.: 2:23-cv-01614-APG-NJK<br><br>**Order to Administratively Close Case** |

I previously ordered Nationwide to show cause why this case should not be administratively closed or dismissed for failure to prosecute. ECF No. 16.  I advised Nationwide that failure to respond to the order to show cause by January 30, 2025 would result in this case being dismissed without prejudice. *Id.*  Nationwide did not respond.

I THEREFORE ORDER the clerk of court to administratively close this case.

DATED this 31st day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE